■ NANCY CAPPARELLI, Respondent, v A. JOHN MEROLA, M.D., Appellant, et al., Defendant. [743 NYS2d 770] —Appeal from an order of Supreme Court, Onondaga County (Murphy, J.), entered July 24, 2001, which denied the motion of defendant A. John Merola, M.D. for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court, Onondaga County, Murphy, J. Present—Pigott, Jr., P.J., Hayes, Hurlbutt, Scudder and Burns, JJ.